IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDDIE CARL SPRINKLE,

    Petitioner,                      No. CIV S-05-1783 MCE DAD P

    vs.

THOMAS L. CAREY, et al.,

    Respondents.                ORDER

_____/

        Petitioner, a state prisoner proceeding through counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        Since petitioner may be entitled to relief if the claimed violations of constitutional rights are proved, respondents will be directed to file a response to petitioner's habeas petition.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondents are directed to file a response to petitioner's habeas petition within thirty days after this order is filed. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the habeas petition. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

        2. If the response to petitioner's habeas petition is a motion, the motion shall be noticed and briefed in accordance with Local Rule 78-230(b), (c) and (d);

1

1                 3.  If the response to petitioner's habeas petition is an answer, petitioner's reply to
2  the answer shall be filed and served within thirty days after the answer is served; any motion for
3  an evidentiary hearing shall be filed and served concurrently with petitioner's reply to the
4  answer;
5                 4.  All motions shall be noticed for hearing before the undersigned on a regularly
6  scheduled law and motion calendar.  Parties may appear at the hearing telephonically; to arrange
7  telephonic appearance, a party shall contact Pete Buzo, the courtroom deputy of the undersigned
8  magistrate judge, at (916) 930-4128 no later than three days prior to the hearing; and
9                 5.  The Clerk of the Court shall serve this order together with petitioner's
10 application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 upon Jo Graves, Senior
11 Assistant Attorney General, and shall indicate on the docket the date and manner of such service.
12 DATED: September 12, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
spri1783.100f