IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDDIE CARL SPRINKLE,

    Petitioner,                   No. CIV S-05-1783 MCE DAD P

   vs.

THOMAS L. CAREY, et al.,

    Respondents.               ORDER

_____/

        Petitioner is a state prisoner proceeding through counsel.  On October 5, 2006, respondents filed a timely request for a thirty-day extension of time to November 6, 2006, to file an answer to the habeas petition.  Petitioner filed opposition to the motion on October 6, 2006. Good cause appearing, an extension of time will be granted nunc pro tunc, and the answer filed November 2, 2006, will be deemed timely.

        On November 22, 2006, petitioner requested that the court vacate the portion of the court's September 5, 2006 order that requires petitioner to file any motion for evidentiary hearing together with his traverse.  Petitioner indicates that he intends to file a motion for partial summary judgment and believes that such a motion may obviate the need for further litigation. The court will grant petitioner's request to modify the September 5, 2006 order, and will set a deadline for the filing of petitioner's proposed motion.

On December 4, 2006, petitioner filed a motion for order directing respondents to file all remaining exhibits that were attached to petitioner's California Supreme Court habeas petitions. In accordance with the court's orders filed September 13, 2005, and September 5, 2006, the motion was noticed for hearing before the undersigned. The court will grant the unopposed motion and drop the matter from the January 5, 2007 law and motion calendar.

In accordance with the above, IT IS ORDERED that:

1. Respondents' October 5, 2006 request for extension of time is granted nunc pro tunc, and respondents' answer filed November 2, 2006 is deemed timely;

2. Petitioner's November 22, 2006 request to vacate the requirement that petitioner file any motion for evidentiary hearing together with his traverse is granted;

3. Petitioner's December 4, 2006 motion for order directing respondents to file additional portions of the state court record is granted, and the motion is dropped from this court's January 5, 2007 law and motion calendar;

4. Respondents shall file and serve, within thirty days from the date of this order, such additional exhibits as are necessary so that the record on file in this action contains all state habeas petitions, including their exhibits and attachments, that were filed in the California Supreme Court challenging the governor's reversal of petitioner's grant of parole in 2002 and the subsequent denials of parole by the state Board of Parole Hearings in 2003 and 2004; and

5. Petitioner's motion for partial summary judgment shall be filed and served within sixty days after this order is filed; the motion shall be noticed and briefed in accordance with Local Rule 78-230.

DATED: January 3, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
spri1783.mots