IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDDIE CARL SPRINKLE,

    Petitioner,             No. CIV S-05-1783 MCE DAD P

   vs.

THOMAS L. CAREY, et al.,

    Respondents.           ORDER TO SHOW CAUSE

_____/

        Petitioner is a state prisoner proceeding through counsel. By order filed January 4, 2007, respondent was ordered to file, within thirty days, additional exhibits as necessary so that the record on file in this action contains all state habeas petitions, including their exhibits and attachments. Respondent has failed to file the additional exhibits. Good cause appearing, IT IS HEREBY ORDERED that within ten days from the date of this order respondent shall file and serve the additional exhibits and shall show cause in writing why sanctions should not be imposed for failure to file the exhibits in a timely fashion.

DATED: February 13, 2007.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
spri1783.osc