IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDDIE CARL SPRINKLE,

    Petitioner,               No. CIV S-05-1783 MCE DAD P

    vs.

THOMAS L. CAREY, et al.,

    Respondents.          ORDER

_____/

      By order filed February 14, 2007, respondents were directed to file and serve a declaration showing good cause for failing to file additional exhibits necessary so that the record on file in this action contains all state habeas petitions, including their exhibits and attachments. Respondents have filed a timely declaration with a supplement of exhibits to respondents' answer.

      Upon consideration of respondents' filings, the court finds good cause to discharge the order to show cause and to deem the exhibits timely.

      Accordingly, IT IS HEREBY ORDERED that:

/////

/////

/////

1. Good cause having been shown, this court's February 14, 2007 order to show cause is discharged and respondents' February 15, 2007 supplement of exhibits is deemed to be timely.

DATED: March 2, 2007.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
spri1783.dch