IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDDIE CARL SPRINKLE,

    Petitioner,           No. CIV S-05-1783 MCE DAD P

    vs.

THOMAS L. CAREY, et al.,

    Respondents.      ORDER

                            /

On March 1, 2007, the parties filed a stipulation that the petitioner may have an extension of time of 10 days, to and including March 15, 2007, in which to file a motion for partial summary judgment. Good cause appearing, IT IS HEREBY ORDERED that the petitioner shall have until March 15, 2007, to file a motion for partial summary judgment.

DATED: March 2, 2007.

                                                          /s/ Dale A. Drozd
                                                          DALE A. DROZD
                                                          UNITED STATES MAGISTRATE JUDGE

DAD:9
spri1783.eotsj