IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **FREDDIE CARL SPRINKLE,** | 2:05-cv-1783-MCE-DAD-P |
| Petitioner, | **STIPULATION AND ORDER** |
| v. | |
| **THOMAS L. CAREY, et al.,** | |
| Respondents. | |

The parties hereby stipulate as follows:

Petitioner's Motion for Partial Summary Judgment is currently scheduled for hearing on April 20, 2007, at 10:00 a.m. in Department 27. The parties stipulate to continue the hearing on this motion to May 4, 2007, at 10:00 a.m. in Department 27. Respondent's opposing papers shall be filed by April 20, 2007. Petitioner's reply papers, if any, shall be filed by April 30, 2007.

/////
/////
/////
/////
/////
/////

1

1 | Dated:   April 17, 2007          /s/ Robert C. Cross
                                     ROBERT C. CROSS
2                                    Deputy Attorney General
                                     Attorney for Respondent
3

4 | Date:    April 17, 2007          /s/ Margaret Littlefield
                                     MARGARET LITTLEFIELD
5                                    Law Offices of Michael Satris
                                     Attorney for Petitioner
6

7         Good cause appearing, IT IS SO ORDERED.

8 DATED: April 18, 2007.

9

10                              _____
                                DALE A. DROZD
11                              UNITED STATES MAGISTRATE JUDGE

12 /spri1783.stip

2