IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE CARL SPRINKLE, | No. 2:05-cv-01783-MCE-DAD P |
| Petitioner, | |
| vs. | ORDER |
| THOMAS L. CAREY, | |
| Respondent. | |

Petitioner, a state prisoner proceeding through counsel, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On February 28, 2008, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fifteen days. Respondent has filed objections to the findings and recommendations. Petitioner has filed a reply.

///

///

///

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations not to be supported by the record and by proper analysis.

Notwithstanding the foregoing, the Court finds that because the case of <u>Hayward v. Marshall</u>, 512 F.3d 536 (9th Cir. 2008) cited in the Findings & Recommendations is awaiting *en banc* review, ___ F.3d ___, No. 06-55392 (9th Cir. Filed May 16, 2008) , this action is administratively stayed pending the *en banc* decision.

Dated:  December 5, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE