IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE CARL SPRINKLE,<br><br>　　　　　　Petitioner,<br><br>　　vs.<br><br>THOMAS L. CAREY, Warden, California State Prison, Solano,<br><br>　　　　　　Respondent. | No. 2:05-cv-01783-JKS<br><br>ORDER<br>[Re: Motion at Docket No. 41] |

At Docket No. 41 Freddie Carl Sprinkle, a state prisoner, filed a *pro se* Motion for Appointment of Counsel. According to the record in this case, Sprinkle is represented by Margaret Littlefield, Law Office of Michael Satris. Ms. Littlefield has not filed a request to withdraw as counsel of record,[1] accordingly she remains counsel of record. The record also indicates that, subsequent to the filing of the pending motion to appoint counsel, Ms. Littlefield filed Supplemental Briefing in compliance with this Court's Order.[2] Accordingly, because it is moot,

**IT IS THEREFORE ORDERED THAT** the Motion for Appointment of Counsel at Docket No. 41 is **DENIED**, without prejudice.

Dated: July 22, 2011.

　　　　　　　　　　　　　　　　　　　　　　/s/ James K. Singleton, Jr.
　　　　　　　　　　　　　　　　　　　　　　JAMES K. SINGLETON, JR.
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] *See* L.R. 182(d), Eastern District of California.

[2] Docket No. 43.